UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT L. MURRAY,

          Plaintiff,

     -against-                              9:12-CV-1891 (LEK/DEP)

DR. GILLANI, *et al.*,

          Defendants.

## **ORDER**

     This matter comes before the Court following a Report-Recommendation filed on August 22, 2014, by the Honorable David E. Peebles, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 57 ("Report-Recommendation").

     Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); see also Cephas v. Nash, 328 F.3d 98, 107 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301, 306 (N.D.N.Y. 2008).

     No objections were filed in the allotted time period. See Docket. Accordingly, the Court has reviewed the Report-Recommendation for clear error. Having found none, the Report-Recommendation is approved and adopted in its entirety.

     Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 57) is **APPROVED** and **ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 49) for summary judgment is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's remaining claims against Defendants Gillani and Sawyer are **DISMISSED with prejudice**; and it is further

**ORDERED**, that Plaintiff's remaining claims against the unnamed Defendants are **DISMISSED without prejudice**; and it is further

**ORDERED**, that the Clerk of the Court close this case; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties to this action in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED:   September 18, 2014
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge